| | |
|---|---|
| 1 | ADAM C. BROWN (SBN 161951)<br>adam@brnlaw.com |
| 2 | JANET K. HAINES (SBN 242374)<br>janet@brnlaw.com |
| 3 | BROWN & ASSOCIATES<br>A Professional Law Corporation |
| 4 | 11140 Fair Oaks Boulevard, Suite 100<br>Fair Oaks, CA 95628 |
| 5 | Telephone:   (916) 859-4910<br>Facsimile:    (916) 859-4911 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>THE CONTINENTAL INSURANCE COMPANY |

FILED 2009 FEB 11 PH 3:05 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

Filed by Fax:

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CV09-01015 ODW (CWx)

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation, | CASE NO. |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| v. | [JURY TRIAL DEMANDED] |
| TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES), INC., a California corporation; CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC., a Delaware corporation and agent for CHINA SHIPPING CONTAINER LINES (HONG KONG)CO., LTD.; CMA CGM (AMERICA) LLC, a New Jersey limited liability company; and DOES 1 through 10, inclusive. | |
| Defendants. | |

Plaintiff The Continental Insurance Company alleges upon information and belief as follows:

///

///

///

I.

Complaint for Damages

## PARTIES

1.      Plaintiff The Continental Insurance Company ("CNA") is a Pennsylvania corporation with its principal place of business in Chicago, Illinois. Plaintiff CNA was the insurer of the cargo which is the subject matter of this litigation. CNA has reimbursed, less deductible, its insured, UMA Enterprises, Inc., for the losses set forth herein pursuant to the terms and conditions of the insuring agreement between itself and its insured, and has thereby become subrogated, less deductible, to the rights of the insured, as those rights may appear.

2.      Defendant Topocean Consolidation Service (Los Angeles), Inc., ("Topocean") is, and at all times mentioned herein was, a corporation organized and existing under the laws of the State of California corporation, and at all times mentioned herein was a non-vessel operating common carrier providing transportation services for entitles shipping cargo by ocean internationally. Defendant Topocean is qualified to do business in the State of California.

3.      Defendant China Shipping (North America) Agency Co., Inc. ("China Shipping") is, and all times mentioned herein was, a corporation organized and existing under the laws of the State of Delaware and is the agent for China Shipping Container Lines (Hong Kong) Co., Ltd., and at all times mentioned herein was engaged in the transportation of freight and was a carrier of merchandise by ocean for hire, and owned, operated, managed, chartered and/or controlled the M/V Ville D'Aquarius. Defendant China Shipping is qualified to do business in the State of California.

4.      Defendant China Shipping Container Lines (Hong Kong) Co., Ltd. ("CSCL") is, and at all times mentioned herein engages in the business of the transportation of freight and was a carrier of merchandise by ocean for hires, and owned, operated, managed, chartered and/or controlled the M/V Ville D'Aquarius. Plaintiff further believes, and thereon alleges, that CSCL is affiliated with China Shipping (North America) Agency Co., Inc.

5.      Defendant CMA GCM (America) LLC ("CMA") is, and at all times mentioned herein was, a limited liability company organized and existing under the laws of the State of New Jersey and at all times mentioned herein was engaged in the transportation of freight and was a carrier of merchandise by ocean for hire, and owned, operated, managed, chartered and/or

controlled the M/V Ville D'Aquarius. Defendant CMA is qualified to do business in the State of California.

6. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 25, inclusive, and therefore sue these Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the DOE Defendants is responsible in some manner for the events and happenings herein referred to, and thereby proximately caused the injuries and damages herein alleged.

7. At all times material hereto, Defendants, and each of them, were agents, servants or employees of each Defendant named herein, including Doe Defendants, and at all of said times, each said Defendant was acting within the course and scope of said agency, service or employment.

## JURISDICTION AND VENUE

7. This Court has jurisdiction over the subject matter of this action pursuant to 46 U.S.C. § 1301, *et seq.*, the Carriage of Goods by Sea Act. This Court has supplemental jurisdiction over the common law claims and all Defendants pursuant to 28 U.S.C. § 1367.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391(c).

9. The Bills of Lading pursuant to which the shipment at issues was moved, provides that all disputes shall be determined by the United States District Court for the Central District of California.

## GENERAL ALLEGATIONS

10. In or about January 2008, Plaintiff's insured UMA Enterprises contracted with Defendant Topocean to transport three (3) containers carrying wooden/polyresin products from Shanghai China to the Port of Los Angeles, California. Subsequent to arrival at the Port of Los Angeles, California, the shipment was to be trucked to UMA Enterprises in Compton, California.

11. Defendant Topocean hired Defendant CSCL to transport the cargo from Ningbo, China to the Port of Los Angeles. It appears that Defendant China Shipping contracted with Defendant CMA, the vessel operator, to transport the cargo.

3
**Complaint for Damages**

12. In or about January 2008, three (3) containers containing wooden/polyresin products were loaded on board the vessel Ville D'Aquarius at the Port of Ningbo, China for carriage to the Port of Los Angeles, California.

13. The voyage was covered by Topocean Consolidation Service (Los Angeles), Inc. bill of lading No. NGBLAX811301 and by China Shipping Container Lines (Hong Kong) Company., Ltd bill of lading No. NBLAX3CA653

14. Of the three containers, only two were delivered to UMA Enterprises. The third container, identified as Container CLHU4806948, had reportedly been lost overboard during transport from China to Los Angeles.

15. Plaintiff is the receiver, insurer and/or owner of the cargo and brings this action on its own behalf and as agents and trustees of all parties who may be or become interested in said cargo as their respective interest may appear, and Plaintiff is entitled to bring this action.

16. Plaintiff has performed all duties and obligations on its part to be performed.

## FIRST CLAIM FOR RELIEF

### Injury or Damage to Cargo (COGSA)

17. Plaintiff hereby incorporates by reference each, and all of the allegations in paragraphs 1 through 16, inclusive, above, as though the same were again fully set forth at length herein.

18. In or about January 2008, at the Port of Ningbo, China, there were delivered to the Defendants and the M/V Ville D' Aquarius in good order and condition a shipment of three containers containing wooden/polyresin products ("cargo"), which Defendants received, accepted and agreed to transport for certain consideration to the Port of Los Angeles, California.

19. During the voyage from China to the Port of Los Angeles, California, one of the containers, identified as container number CLHU4806948, was reportedly lost overboard. As a result only two of the three container were delivered to UMA Enterprises.

20. Plaintiff is informed and believes, and thereon alleges, that Defendants failed to properly stow, keep, handle, care for and/or failed to adequately equip, supply, make seaworthy and/or man the M/V Ville D'Aquarius, resulting in the loss of Plaintiff's cargo. The loss of the

cargo was due to the breach, fault, neglect and/or otherwise culpable conduct of Defendants, and each of them.

21. As a direct and proximate result of the loss of the cargo, Plaintiff has been damaged in the amount of $17,290.59.

22. Plaintiff submitted claims for damages against Defendants. As of the date of the filing of this complaint, Defendants have failed and refused, and continue to fail and refuse, to pay the claim.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as hereinafter set forth.

## SECOND CLAIM FOR RELIEF

### Negligence

23. Plaintiff hereby incorporates by reference each, and all of the allegations in paragraphs 1 through 22, inclusive, above, as though the same were again fully set forth at length herein.

24. Defendants, and each of them, owed a duty to Plaintiff to use reasonable care in the transport of Plaintiff's cargo.

25. Plaintiff is informed and believes, and thereon alleges, that Defendants breach this duty to Plaintiff by failing to take reasonable care in the transport of Plaintiff's cargo to avoid the loss of the cargo as herein alleged.

26. As a direct and proximate result of the loss of the cargo, Plaintiff has been damaged in the amount of $17,290.59.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as hereinafter set forth.

///
///
///
///
///

5
Complaint for Damages

## THIRD CLAIM FOR RELIEF

### Breach of Contract

27. Plaintiff hereby incorporates by reference each, and all of the allegations in paragraphs 1 through 26, inclusive, above, as though the same were again fully set forth at length herein.

28. On or about January 2008, Defendants received in good order and condition a shipment of three containers containing wooden/polyresin products which Defendants received, accepted and agreed to transport for certain consideration, said cargo being suitable in every respect for the intended transportation. Pursuant thereto, Defendants Topocean issued Bill of Lading No. NGBLAX811301 and CSCL issued Bill of Lading No. NBLAX3CA653.

29. Defendants, in consideration of reasonable compensation to be paid by Plaintiff's insured, UMA Enterprises, agreed to safely and promptly deliver the cargo in good condition to Plaintiff's insurer, UMA Enterprises, as owner, shipper, importer and/or consignee.

30. Plaintiff has performed all conditions, covenants and promises under the agreement on its part to be performed, including the payment of all shipping charges.

31. Defendants, and each of them, breach the agreement by failing to deliver the cargo in good order and condition as described herein.

32. As a direct and proximate result of Defendants' breach, Plaintiff has been damaged in the amount of $17,290.59.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. Damages in the amount of $17,290.59;
2. For incidental and consequential damages according to proof;
3. For costs of the suit occurred herein; and
4. For such other and further relief as the court may deem proper.

| | | |
|---|---|---|
| 1 | Date: February 10, 2009 | BROWN & ASSOCIATES, PLC |
| 2 | | |
| 3 | | By: _/s/ Janet K. Haines_ |
| 4 | | ADAM C. BROWN |
| | | JANET K. HAINES |
| 5 | | Attorneys for Plaintiff |
| | | THE CONTINENTAL INSURANCE |
| 6 | | COMPANY |

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury as provided by Rule 38 (b) of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| 13 | Date: February 10, 2009 | BROWN & ASSOCIATES, PLC |
| 14 | | |
| 15 | | By: _/s/ Janet K. Haines_ |
| 16 | | ADAM C. BROWN |
| | | JANET K. HAINES |
| 17 | | Attorneys for Plaintiff |
| | | THE CONTINENTAL INSURANCE |
| 18 | | COMPANY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

**CV09- 1015 ODW (CWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Adam C. Brown (SBN 161951)
Janet K. Haines (SBN 242374)
Brown & Associates PLC
11140 Fair Oaks Blvd., Suite 100
Fair Oaks, California 95628
(916) 859-4910

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation<br><br>PLAINTIFF(S)<br>v.<br><br>TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES), INC., a California corporation; CHINA SHIPPING (NORTH AMERICA) AGENCY CO., INC., a Delaware corporation and agent for CHINA SHIPPING CONTAINER LINES (HONG KONG)CO., LTD.; CMA CGM (AMERICA) LLC, a New Jersey limited liability company; and DOES 1 through 10, inclusive<br><br>DEFENDANT(S) | CASE NUMBER<br><br>**CV09-01015 ODW (CWx)**<br><br>SUMMONS |

TO:   DEFENDANT(S):   Topocean Consolidation Services (Los Angeles), Inc., et al.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Adam C. Brown/Janet K. Haines__, whose address is __11140 Fair Oaks Blvd., Suite 100, Fair Oaks, California 95628__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __FEB 1 1 2009__

By: _____
    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)     SUMMONS

Filed by Fax:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
The Continental Insurance Company, a Pennsylvania corporation

**DEFENDANTS**
TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES), INC, a California corporation; CHINA SHIPPING (NORTH AMERICA) AGENCY CO, INC, a Delaware corporation and agent for CHINA SHIPPING CONTAINER LINES (HONG KONG)CO, LTD; CMA CGM (AMERICA) LLC, a New Jersey limited liability company; and DOES 1 through 10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Adam C. Brown/Janet K. Haines
Brown & Associates PLC
11140 Fair Oaks Blvd., Suite 100, Fair Oaks, California 95628

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT: $ 17,290.59**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
46 U.S.C. section 1301 et seq., (COGSA) - injury/damage to freight

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☒ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | ☐ 791 Empl Ret Inc Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| | ☐ 160 Stockholders' Suits | | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV09-01015**
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

*Filed by Fax*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X  SIGNATURE OF ATTORNEY (OR PRO PER): _Janet I. Adkins_   Date _2/10/09_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |